**JS-6**

1  LAW OFFICES OF MICHAEL T. HARRISON
   Michael T. Harrison (SBN: 158983)
2  mharrison30@aol.com
   25876 The Old Road, #304
3  Stevenson Ranch, CA 91381
   Telephone: (661) 257-2854
4  Facsimile: (661) 257-3068

5  Attorneys for Plaintiff Marsi Zintel

FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SPECTRUM BANK,<br><br>    Defendant. | Case No. CV 09-05524 CAS (SSx)<br><br>**AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE** |

It appearing to the satisfaction of the Court, as evidenced by the signatures below of counsel for both parties in above styled case, that this case and all counterclaims should be dismissed with prejudice;

It is, therefore, ORDERED, ADJUDGED AND DECREED that this case and all counterclaims are DISMISSED with prejudice, with each party to bear its own costs, including attorneys' fees.

BN 5359918v1

1

**AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE**

1  Entered this __11th__ day of __February__, 2010.

2

3

4

5  _____
   Hon. Christina A. Snyder
6  United States District Judge

7

8

9  AGREED AND APPROVED FOR ENTRY:

10 DATED: February 9, 2010          BUCHALTER NEMER
11                                  A Professional Corporation

12

13                                  By: /s/ Brian H. Newman
                                        BRIAN H. NEWMAN
14                                      Attorneys for Defendant
                                        American Security Bank
15

16                                  LAW OFFICES OF MICHAEL T. HARRISON
17 DATED: February 9, 2010

18
                                    By: /s/ Michael T. Harrison
19                                      MICHAEL T. HARRISON
                                        Attorneys for Plaintiff Marsi Zintel
20

21

22

23

24

25

26

27

28

BN 5359918v1                         2

**AGREED ORDER OF MUTUAL DISMISSAL WITH PREJUDICE**